IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES W. FULLER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV125 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| COMMISSIONER, SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED,

Plaintiff's motion to proceed *in forma pauperis*, filing 2, is granted.

DATED this 13th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge