```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CHARLES W. FULLER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV125 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| COMMISSIONER, | ) | |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

Defendant's motion for extension of deadline, filing 15, is granted, and the deadlines are adjusted as follows:

1. Defendant is given to September 26, 2007 to respond to plaintiff's brief.

2. Plaintiff may file a reply brief by October 10, 2007.

3. The case shall be ripe for decision on October 16, 2007.

DATED this 28th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge